# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0081

_____

MARK ALVIN NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel and John Jay Gontarek, Judges.

August 13, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108, S109, 2025 WL 1561151, \*5 (Fla. Jun. 3, 2025) (stating that the holding in *Erlinger v. United States*, 602 U.S. 821 (2024), "does not apply retroactively").

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Mark Alvin Nelson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.